KAMALA D. HARRIS
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General
CAROLYN O. TSAI
Deputy Attorney General
State Bar No. 239631
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5590
 Fax: (415) 703-5480
 E-mail: Carolyn.Tsai@doj.ca.gov
*Attorneys for Respondents
California Department of Health Care
Services and Jennifer Kent, Director of
California Department of Health Care
Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULARE LOCAL HEALTH CARE DISTRICT, a California local health care district, dba TULARE REGIONAL MEDICAL CENTER, et al.,<br><br>          Petitioners,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>          Respondents. | Case No. 3:15-cv-02711-SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Action Removed:     May 17, 2015<br>Case Mgmt. Conf.:  September 25, 2015 |

1  Pursuant to Rule 7-12 and 16-2(d) of the Northern District of California Local Rules,
2  Petitioners and Respondents, through their counsel of record, hereby stipulate as follows:
3  (1) The initial case management conference is this action is set for September 25, 2015 at
4  10:00 a.m.
5  (2) Counsel for respondents is unavailable September 25, 2015 as a result of the illness of
6  a family member.
7  (3) Petitioners and Respondents, through their counsel of record, have met and conferred,
8  and based on that, stipulate that the conference be continued to **December 11, 2015 at 10:00 a.m.**
9  The parties further stipulate that their joint Case Management Conference statement and Rule
10 26(f) Report shall be filed on December 4, 2015. All other ADR deadlines and Rule 26
11 disclosure deadlines will be continued accordingly.
12 IT IS SO STIPULATED.
13 Dated: September 16, 2015                DEAN L. JOHNSON, INC.
14
15                                          By: /s/ Dean L. Johnson
16                                              Dean L. Johnson
17                                          Attorney for Plaintiffs
                                            *Tulare Local Health Care District, a*
18                                          *California Local Health Care District, dba*
                                            *Tulare Regional Medical Center, et al.*
19
20 Dated: September 16, 2015                Office of the Attorney General of the State of
                                            California
21
22                                          By: /s/ Carolyn O. Tsai
23                                              Carolyn O. Tsai
24                                          Attorneys for Defendants
                                            *California Department of Health Care*
25                                          *Services and Jennifer Kent, Director of*
                                            *California Department of Health Care*
26                                          *Services*
27
28

2

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, the Case Management Conference currently set for September 25, 2015 at 10:00 a.m., to **December 11, 2015 at 10:00 a.m.** A joint Case Management Conference statement and Rule 26(f) Report shall be filed on December 4, 2015. All other ADR deadlines and Rule 26 disclosure deadlines will be continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September __17__, 2015

_____
The Hon. Judge Samuel Conti

SF2015401596
Stipulation to continue CMC.doc